# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| ALLEN MAYS | CIVIL ACTION NO. 20-0337 |
| | SECTION P |
| VS. | |
| | JUDGE TERRY A. DOUGHTY |
| LEWIS JONES, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation [Doc. No. 10] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Allen Mays's claims against Deputy Penuell are **STAYED** under the following conditions:

  a. If Plaintiff intends to proceed with his claims, he must, within thirty (30) days of the date the criminal proceedings against him have concluded, file a motion to lift the stay;

  b. If the stay is lifted and the Court finds Plaintiff's claims would impugn the validity of his conviction, the action will be dismissed under *Heck*; if no such finding is made, the action will proceed, absent some other bar to suit;

  c. In light of the stay, Plaintiff should not file any more documents in this action until the state court proceedings conclude; and

  d. Defendant shall not be required to answer during the stay, and Plaintiff may not seek a default judgment or conduct any discovery.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against District Attorney John F. K. Belton and Assistant District Attorney Lewis Jones are **DISMISSED** as frivolous, for failing to state claims on which relief may be granted, and for seeking monetary relief from defendants immune from such relief.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's request for dismissal of his charges is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to pursue habeas corpus relief after he exhausts all available state court remedies.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's remaining claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 27th day of May, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE